ACCEPTED
14-15-00083-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/11/2015 3:08:25 PM
CHRISTOPHER PRINE
CLERK

**Cause No. 14-15-00083-CR**

**IN THE COURT OF APPEALS**
**FOR THE**
**FOURTEENTH JUDICIAL DISTRICT OF TEXAS**
**AT HOUSTON**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/11/2015 3:08:25 PM
CHRISTOPHER A. PRINE
Clerk

**MASHOOD UDDIN,**
**Appellant**

**v.**

**THE STATE OF TEXAS,**
**Appellee.**

**Appeal from Cause No. 1420756**
**In the 179th District Court of**
**Harris County, Texas**

_____

**APPELLANT'S MOTION FOR EXTENSION OF TIME**
**TO FILE BRIEF**

_____

TO THE HONORABLE JUSTICES OF THE FOURTEENTH DISTRICT COURT OF APPEALS:

Appellant, **MASHOOD UDDIN**, by and through his Counsel of Record, **CARMEN ROE**, files this Motion to Extend Time to File Brief For Appellant and in support shows this Court the following:

## I.

Appellant was convicted in 179th District Court of Harris County, Texas, in Cause No.1420756, for the offense of aggravated kidnapping. Punishment was assessed at eight (8) years in the Texas Department of Criminal Justice.

## II.

The Reporter's Record was filed on March 19, 2015 and the Clerk's Record was filed on May 13, 2015. The Appellant's brief is due on August 11, 2015.

## III.

Appellant requests a final extension of thirty (30) days until September 10, 2015 to file its brief. Counsel requests the additional time to file its brief because the following briefs are due in the next thirty (30) days: *State v. Brent Dalton, State v. Jordan Nichols,* and *State v. Andreas Marcopoulos*. For these reasons, Counsel has been unable to submit the Appellant's Brief on the due date and hereby requests an extension of time.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court extend the time for filing Appellant's Brief until September 10, 2015.

**RESPECTFULLY SUBMITTED,**

*/s/ Carmen Roe*

**CARMEN ROE**
**CARMEN ROE LAW FIRM**
SBN: 24048773
440 Louisiana, Suite 900
Houston, Texas 77002
713.236.7755 Phone
713.236.7756 Fax
carmen@carmenroe.com
**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served to the

Harris County District Attorney, Appellate Division, 1201 Franklin Street, Houston,

Texas 77002, on August 11, 2015.

*/s/ Carmen Roe*

**CARMEN ROE**